# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

OPTUMRX, INC. AND UNITED
HEALTHCARE OF LOUISIANA, INC
D/B/A UNITED HEALTHCARE
COMMUNITY PLAN

NO.  2024 CW 0347

**APRIL 18, 2024**

---

In Re:   Optumrx, Inc. and United Healthcare of Louisiana, Inc.
D/B/A United Healthcare Community Plan, applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 717848.

---

**BEFORE:   THERIOT, PENZATO, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

**MRT**
**AHP**
**HG**

COURT OF APPEAL, FIRST CIRCUIT

*a.Sw*

DEPUTY CLERK OF COURT
FOR THE COURT